# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

ANTHONY WAYNE STANSBERRY     CASE NO.    8:14-bk-13668-KRM
JENNIFER LYNN STANSBERRY

                                                       CHAPTER    13

        Debtors.
_____/

## OBJECTION TO CONFIRMATION OF PLAN

Creditor, Harley-Davidson Credit Corp, objects to Debtors' Plan and states:

1. Creditor holds a valid lien on the following vehicle:

**2004 357 CUSTOM
VIN: 4B7H846934S000303 ("Vehicle")**

2. Creditor filed Proof of Claim Number 4-1 reflecting a total secured claim of $22,749.48.

3. The total pre-petition arrearage amount is approximately $22,749.48

4. Debtors' Plan should be amended to surrender the property or pay Creditor's claim in full.

5. Creditor reserves the right to supplement this Objection, as necessary.

**WHEREFORE**, Creditor respectfully requests the Court sustain its Objection and for such other and further relief as the Court deems appropriate.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by CM/ECF notice to the parties below this 14th day of December, 2014.

**BUCKLEY MADOLE, P.C.**

*Gavin N. Stewart*
Gavin N. Stewart, Esquire
Florida Bar Number 52899
Buckley Madole, P.C.
4300 W. Cypress Street, Suite 160
Tampa, FL 33607
Telephone: 813-321-5105
Fax: 813-321-5105
gavin.stewart@buckleymadole.com

Anthony Wayne Stansberry
Jennifer Lynn Stansberry
c/o counsel for Debtors
20001 Pergola Bend Lane
Tampa, FL 33647-3449

Buddy D. Ford
Attorney At Law
115 N Macdill Ave
Tampa, FL 33609-1521

Kelly Remick
Post Office Box 6099
Sun City Center, Florida 33571