**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                          CHAPTER 13

ANTHONY WAYNE STANSBERRY and
JENNIFER LYNN STANSBERRY,                   CASE NUMBER 8:14-bk-13668-KRM

_____/

**TRUSTEE'S UNFAVORABLE RECOMMENDATION**
**CONCERNING CONFIRMATION OF THE PLAN**

TO: Clerk, United States Bankruptcy Court

Trustee's Recommendation to the Court. The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time for the following reason(s):

The Trustee cannot favorably recommend confirmation of this Plan as it does not appear that the Debtors have dedicated all disposable income to the proposed Plan as required by 11 U.S.C. §1325(b)(1)(B).

The Debtors must provide complete copies of all tax return(s) to the Trustee's office no later than April 15th of each year for the preceding year's taxes and all tax refunds must be committed to the Plan for each year during the applicable plan period, beginning with the tax year 2014. The Debtors should not spend ANY tax refund without prior court approval because they may be required to turn over the refund to the Trustee in addition to regular Plan payments.

According to Schedules I and J, it does not appear that the Debtors have sufficient disposable income to fund the proposed Plan as required by 11 U.S.C. §1325(a)(6). An amended budget must be filed.

The Plan violates 11 U.S.C. §1325(a)(4) because it does not pay unsecured creditors the value of what they would receive in a case under Chapter 7.

The Trustee hereby requests/has requested the following additional documents to determine if the Debtors have met the best interests of creditors test:

- Income tax returns for 2014.

Dated this 14th day of January, 2015.

/S/ Kelly Remick
Kelly Remick
Chapter 13 Standing Trustee
Post Office Box 6099
Sun City Center, FL 33571-6099
Phone: (813) 658-1165
Fax:    (813) 658-1166

Copies:
Anthony and Jennifer Stansberry, 20001 Pergola Bend Lane, Tampa, FL 33647
Buddy D. Ford, PA, 115 North MacDill Avenue, Tampa, FL 33609
U.S. Trustee, 501 East Polk St. Suite 1200, Tampa, FL 33602
KR/do