IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                          CASE No.    8:14-bk-13668-KRM

ANTHONY WAYNE STANSBERRY
JENNIFER LYNN STANSBERRY
                    DEBTOR(S).
_____/

## AFFIDAVIT OF COLLATERAL SURRENDER
(Property Surrendered in Plan)

STATE OF FLORIDA

COUNTY OF PALM BEACH

BEFORE ME, the undersigned authority, personally appeared Muhammad Esa Ahmed, who being first duly sworn, deposes and says:

1. I am counsel for Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA17, Mortgage Pass Through Certificates Series 2006-OA17, and its Successors and/or Assigns ("Secured Creditor") in the instant bankruptcy case captioned above.

2. I am making this affidavit in connection with and in support of the Motion for Relief from Stay filed on behalf of Secured Creditor.

3. I have read the Debtor's Chapter 13 Plan [D.E. # 4] and have personal knowledge that said Plan proposes to surrender the subject property, located at 20113 Fair Hill Way, Tampa, FL 33647, the legal description of which is as follows:

**LOT 88, BLOCK 6, GRAND HAMPTON PHASE 1B-1, AS PER MAP OR PLAT THEREOF, RECORDED IN PLAT BOOK 100, PAGE 111 OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.**

Property Address: 20113 Fair Hill Way, Tampa, FL 33647

4. I have checked the PACER docket as of February 5, 2015 and there is no new or amended Chapter 13 Plan or pleading filed with changes to Debtor's original Chapter 13 Plan containing the proposal to surrender the aforementioned and identified real property.

_____
Affiant

Sworn to and subscribed before me on __FEB 0 5 2015__ by Muhammad Esa Ahmed who is personally known to me or produced _____ as identification.

_____
Notary Public

LINDA ARNOLD
MY COMMISSION # EE 845788
EXPIRES: October 22, 2016
Bonded Thru Notary Public Underwriters