**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                                    Chapter 13

ANTHONY WAYNE STANSBERRY,                Case No: 8:14-bk-13668-KRM
JENNIFER LYNN STANSBERRY,

_____ Debtors. _____ /

### AMENDED CHAPTER 13 PLAN
(Amends Docket #4)

**CHECK ONE:**

　　　__X__ The Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

　　　_____ The Plan contains provisions that are specific to this Plan in Additional Provisions, paragraph 8(e) below. Any nonconforming provisions not set forth in paragraph 8(e) are deemed stricken.

**1. MONTHLY PLAN PAYMENTS:** Plan payments include the Trustee's fee of 10% and shall begin thirty (30) days from filing/conversion date. The Debtor shall make payments to the Trustee for the period of sixty (60) months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors *pro rata* under the plan:

A.　　　$3,584.00  for months one through sixty (60);

in order to pay the following creditors:

**2.　　ADMINISTRATIVE ATTORNEY FEE**: $3,125.00　　_ **TOTAL PAID** $3,125.00

　　　Balance Due $0.00　　　　Payable Through Plan $0.00　　Monthly

**3.　　PRIORITY CLAIMS [as defined in 11 U.S.C. §507]:**

**Name of Creditor**　　　　　　　　　　　　　　　　**Total Claim**

None _____

_____
_____

**4.　　TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the

_____

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

percentage of which is fixed periodically by the United States Trustee.

**5.     SECURED CLAIMS:**

Pre-Confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. To the extent the Debtor makes such pre-confirmation payments, secured creditors who have filed proofs of claim prior to the claims bar date or within 14 days from the date of an order converting or dismissing this case, whichever date is earlier, shall have an administrative lien on such payment(s), *pro rata* with other secured creditors, subject to objection by the Debtor or Trustee.

**(A)  Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, If Any, Paid through the Plan:** If the Plan provides for the curing of prepetition arrearages on a mortgage, the Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Collateral | Regular Monthly Pmt. | Arrearages (if any) |
|---|---|---|---|
| Select Portfolio (1st mtg) | Homestead | $2,601.00 | 15,000.00 |
| Grand Hampton HOA | Homestead | 0.00 | 9,000.00 |

**(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

| Name of Creditor | Collateral | Payment Amt (at 31%) |
|---|---|---|
| None | | |

**(C) Liens to be Avoided/Stripped:**

| Name of Creditor | Collateral | Estimated Amount |
|---|---|---|
| Asset Acceptance | Homestead | 18,091.50 |
| CACH, LLC. | Homestead | 4,673.78 |
| Ford Motor Credit | Homestead | 26,000.00 |

| | | |
|---|---|---|
| Portfolio Recovery Associate   Homestead | | 5,514.05 |
| Select Portfolio (2ⁿᵈ Mortgage) Homestead | | 132,085.46 |

**(D)  Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES:**  Pursuant to 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by the Debtor's principal residence.  The secured portion of the claim, estimated below, and to be determined in connection with a motion to determine secured status, shall be paid as follows:

| Creditor | Collateral | Value | Payment | Interest @ _____ % |
|---|---|---|---|---|
| None | | | | |

**(E)     Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY:**  Claims of the following secured creditors shall be paid in full with interest at the rate set forth below as follows.

| Creditor | Collateral | Balance | Payment | Interest @ _____ % |
|---|---|---|---|---|
| None | | | | |

**(F) Claims Secured by Personal Property / Regular Payments and Arrearages, if any, Paid in Plan:**

| Name of Creditor | Collateral | Regular Payment | Arrearages |
|---|---|---|---|
| None | | | |

**(G)  Secured Claims/Lease Claims Paid Direct by the Debtor:**  The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan.  The automatic stay and any codebtor stay are terminated *in rem* as to these creditors and lessors upon the filing of this Plan.  Nothing herein is intended to terminate or abrogate the Debtor's state law contract rights.  The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
|---|---|
| Doug Belden (paid by mortgage holder) | Homestead |
| Santander Consumer USA | 12 Jeep Liberty |
| Westlake Financial | 06 Mercedes CLS550 |

Grand Hampton HOA                                               Homestead

**(H)  Secured Claims/Lease Claims Not Provided for Under the Plan:** The following secured claims/leased claims are not provided for under the Plan.  As such the automatic stay and any codebtor stay do not apply and the Debtor's liability to the creditor is NOT DISCHARGED under the Plan.  Nothing herein is intended to abrogate the Debtor's state law contract rights.

| Name of Creditor | Property/Collateral |
|---|---|
| None | |

**(I)  Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay and any codebtor stay are terminated *in rem* as to these creditors and lessors upon the filing of this Plan. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
|---|---|
| Doug Belden | 20113 Fair Hill Way |
| Grand Hampton Community | 20113 Fair Hill Way |
| Green Tree | 20113 Fair Hill Way |
| Nationstar Mortgage, LLC | 20113 Fair Hill Way |
| Harley Davidson Credit Corp | 00 Harley Davidson |

## 6.  LEASES/EXECUTORY CONTRACTS:

| Name of Creditor | Property | Assume/Reject-Surrender | Estimated Arrears |
|---|---|---|---|
| AT&T | None | Assume | 0.00 |

**7.  GENERAL UNSECURED CREDITORS:** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan.  The estimated dividend to unsecured creditors is $12,820.00.

## 8.  ADDITIONAL PROVISIONS:

(a) Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

(b) Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.

(c) Property of the estate (check one)*

1. _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

2. ___X___ shall vest in the Debtor upon confirmation of the Plan.

**\*If the Debtor fails to check (a) or (b) above, or if the Debtor checks both (a) and (b), property of the estate shall not vest in the Debtor until the earlier of the Debtor's discharge or dismissal of this case, unless the Court orders otherwise.**

3. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

4. Case Specific Provisions: __None_____

_____
_____
_____
_____


_____                    Dated: _2/25/15_
ANTHONY WAYNE STANSBERRY

_____                    Dated: _2/25/15_
JENNIFER LYNN STANSBERRY

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this ___ day of ~~February~~ March, 2015, that a true and correct copy of

the foregoing has been served upon all interested parties by ■ CM/ECF Electronic Mail to:

Muhammad Esa Ahmed , Attorney for The Bank of New York Mellon, ecf@gladstonelawgroup.com

Buddy D. Ford, Attorney for Debtors, Buddy@tampaesq.com, Nancy@tampaesq.com; Jonathan@tampaesq.com; Ryan@tampaesq.com; Peggy@tampaesq.com; Kevin@tampaesq.com; Staci@tampaesq.com

Taji S. Foreman, Attorney for Wells Fargo, tforeman@kahaneandassociates.com,

ixarias@kahaneandassociates.com; jbuchanan@kahaneandassociates.com; lbetancourt@kahaneandassociates.com

Kelly Remick, Trustee, ecf@ch13tampa.com

Gavin Stewart, Attorney for Harley Davidson, bkfl@buckleymadole.com

United States Trustee - TPA7/13,  USTPRegion21.TP.ECF@USDOJ.GOV

and by ■ Regular U.S. Mail to:

Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001;

Anthony and Jennifer Stansberry, 20001 Pergola Bend Lane, Tampa, Florida 33647-3449; and

Matrix

Respectfully submitted,

BUDDY D. FORD, P.A.,

Buddy D. Ford, Esquire (FBN: 0654711)
Email: *Buddy@tampaesq.com*
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: *Jonathan@tampaesq.com*
J. Ryan Yant, Esquire (FBN: 104849)
Email: Ryan@tampaesq.com
115 North MacDill Avenue
Tampa, Florida  33609-1521
Telephone #: (813) 877-4669
Facsimile #: (813) 877-5543
Office Email: *All@tampaesq.com*
Attorney for Debtors

Label Matrix for local noticing
113A-8
Case 8:14-bk-13668-KRM
Middle District of Florida
Tampa
Tue Mar  3 09:44:13 EST 2015

Harley Davidson Credit Corp.
P.O. Box 22408
Tampa, FL 33622-2408

Anthony Wayne Stansberry
20001 Pergola Bend Lane
Tampa, FL 33647-3449

Jennifer Lynn Stansberry
20001 Pergola Bend Lane
Tampa, FL 33647-3449

The Bank of New York Mellon
c/o Gladstone Law Group, P.A.
1499 W. Palmetto Park Road
Suite 300
Boca Raton, FL 33486-3322

WELLS FARGO BANK, N.A.
Kahane & Associate, P.A.
c/o Taji Foreman, Esq.
8201 Peters Road
Suite 3000
Plantation, FL 33324-3292

(p)AMERICREDIT
PO BOX 183853
ARLINGTON TX 76096-3853

American Express
777 American Expressway
Fort Lauderdale, FL 33337-0002

American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355-0701

American Express
c/o Collectcorp
PO Box 101928, Dept 4947A
Birmingham, AL 35210-6928

Anthony J. Steele, Esquire
501 E. Kennedy Blvd Ste 1900
Tampa, FL 33602-5238

Asset Acceptance, LLC
PO Box 9065
Brandon, FL 33509-9065

BB&T, Bankruptcy Section
100-50-01-51
P.O. Box 1847
Wilson, NC 27894-1847

Bank of America
Attn: Correspondence Unit/CA6-919-02-41
PO Box 5170
Simi Valley, CA 93062-5170

Bank of America
c/o Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Bankfirst/BB & T
Attention: Bankruptcy
PO Box 1847
Wilson, NC 27894-1847

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

CACH, LLC
4340 S. Monaco Street
2nd Floor
Denver, CO 80237-3485

CACH, LLC.
4340 S Monaco 2nd FL
Denver, CO 80237-3485

Cach LLC
c/o Andreu Palma & Andreu
701 SW 27th Ave Ste 900
Miami, FL 33135-3000

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital 1 Bank
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank
c/o Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Central Loan Admin & R
425 Phillips Blvd
Ewing, NJ 08618-1430

Chase
PO Box 24696
Columbus, OH 43224-0696

Chase
PO. Box 15298
Wilmington, DE 19850-5298

Chase Na
Attn: Bankruptcy Dept
PO Box 100018
Kennesaw, GA 30156-9204

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Citibank
c/o Asset Acceptance
Po Box 2036
Warren, MI 48090-2036

Citibank
c/o Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Citifinancial Retail S
PO Box 140489
Irving, TX 75014-0489

Citifinancial Retail Service
PO Box 22060
Tempe, AZ 85285-2060

Citifinancial Retail Svcs
PO Box 22060
Tempe, AZ 85285-2060

Countrywide
PO Box 15298
Wilmington, DE 19850-5298

Daphne Blum Tako, Esquire
Biscayne Law Firm PA
1125 NE 125 St, Ste 114
North Miami, FL 33161-5014

David Befeler,Esq.
2535 Landmark Dr, Ste.  212
Clearwater, FL 33761-3930

David Befeller Esq
2535 Landmark Dr Ste 212
Clearwater, FL 33761-3930

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Financial
Attention:  Bankruptcy Dept
PO Box 3025
New Albany, OH 43054-3025

Doug Belden, Hillsborough
PO Box 172920
Tampa, FL 33672-0920

EMC Mortgage/Chase
3415 Vision Drive
Mail Code OH4-7126
Columbus, OH 43219-6009

FIA Card Svcs
PO Box 15726
Wilmington, DE 19886-5726

Fia Csna
PO Box 26012
Nc4-105-02-77
Greensboro, NC 27420-6012

First Usa,na
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850-5298

Florida Hospital Wesley Chap
c/o Collection Associate
1809 N Broadway St
Greensburg, IN 47240-8217

Florida Medical Clinic
c/o Choice Recovery
1550 Old Henderson Rd
Columbus, OH 43220-3626

Ford Motor Credit Company
C/O Marcadis Singer, PA
5104 S Westshore Blvd
Tampa, FL 33611-5650

Ford Motor Credit Company
PO Box 6508
Mesa, AZ 85216-6508

Ginnys/Swiss Colony Inc
Attn: Bankruptcy
1112 7th Ave
Monroe, WI 53566-1364

Gmac Mortgage
Po Box 4622
Waterloo, IA 50704-4622

Grand Hampton Community
c/o Mankjin Law Group
2535 Landmark Drive
STe 212
Clearwater, FL 33761-3930

Green Tree
PO Box 6172
Rapid City, SD 57709-6172

Green Tree Servicing LLC
7340 S. Kyrene Rd. T-120
Tempe ,AZ 85283-4573

HARLEY-DAVIDSON CREDIT CORP.
PO BOX 9013
ADDISON, TEXAS 75001-9013

HSBC/ORCHARD BK
Attn: Bankruptcy
PO Box 5253
Carol Stream, IL 60197-5253

Harley Davidson Credit
8529 Innovation Way
Chicago, IL 60682-0085

Harley Davidson Financial
Attention: Bankruptcy
PO Box 22048
Carson City, NV 89721-2048

Hsbc Bank
PO Box 9
Buffalo, NY 14240-0009

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jennifer Ann Sesta, Esquire
PO Box 290335
Tampa, FL 33687-0335


Kass Shuler Solomon Spector
Foyle & Singer PA
PO Box 800
Tampa, FL 33601-0800

Land Rover
P(O Box 6275
Dearborn, MI 48121-6275

Leonard J. Mankin, Esquire
28050 US 19 North, Ste 100
Clearwater, FL 33761-2600


Long Beach Acceptance/Americredit
Americredit
PO Box 183853
Arlington, TX 76096-3853

Marinosci Law Group
100 W Cypress Creek Rd
Ste 1045
Fort Lauderdale, FL 33309-2191

Marland National Bank NA
c/o CACH LLC
4340 South Monaco St.  2nd Floor
Denver, CO 80237-3485


Midland Credit Management, Inc
as agent for Asset Acceptance LLC
PO Box 2036
Warren, MI 48090-2036

Mosteller Mansion Apartments
c/o Collection of Atlanta
PO Box 82269
Conyers, GA 30013-9433

(p)NATIONSTAR MORTGAGE
PO BOX 630267
IRVING TEXAS 75063-0116


New Century Mortgage C/Carrington
1610 E. St. Andrew Place
B150
Santa Ana, CA 92705-4931

Opteum Fncl Svcs Llc
425 Phillips Blvd
Ewing, NJ 08618-1430

Orchard HSBC
PO Box 5222
Carol Stream, IL 60197-5222


PHA Wesley Chapel
c/o MAF Collections
PO Box 2842
Tampa, FL 33601-2842

Peachtree Emergency
c/o Collection Svc of At
PO Box 8048
Athens, GA 30603-8048

Portfolio Recovery Assoc
140 Corporate Blvd
Norfolk, VA 23502-4952


Portfolio Recovery Associate
c/o David M. Greenbaum, Esq
140 Corporate Blvd
Norfolk, VA 23502-4952

Progress Energy
c/o Online Collections
PO Box 1489
Winterville, NC 28590-1489

Regions Bank
PO Box 151317
Tampa, FL 33684-1317


Santander Consumer USA Inc.
P.O. Box 560284
Dallas, TX 75356-0284

Santander Consumer Usa
PO Box 961245
Ft Worth, TX 76161-0244

Sears/cbsd
PO Box 6189
Sioux Falls, SD 57117-6189


Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165-0250

Services Inc.
c/o First Federal Credit
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122-5647

Sheffield Financial
PO Box 1847
Wilson, NC  27894-1847


Sheffield Financial Co
P O Box 1704
Clemmons, NC 27012-1704

Sotrust Mtge
1 Home Campus 1st Floor
Des Moines, IA 50328-0001

Tampa Bay Emergency
c/o MAF Collections
PO Box 2842
Tampa, FL 33601-2842

Tampa bay ER
c/o Gulf Coast Collection
5630 Marquesas Circle
Sarasota, FL 34233-3331

Target
PO Box 59317
Minneapolis, MN 55459-0317

Target
c/o Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Target Nb
PO Box 673
Minneapolis, MN 55440-0673

University Community Hospita
c/o Absolute Credit Svc
421 Fayetteville St Ste 600
Raleigh, NC 27601-1777

Wachov/ftu/Wells Fargo
Po Box 31557
Mac B6955-01b
Billings, MT 59107-1557

Wachovia Bank NA
PO Box 105204
Atlanta, GA 30348-5204

(p)WACHOVIA BANK NA
MAC X2303-01A
1 HOME CAMPUS
1ST FLOOR
DES MOINES IA 50328-0001

Weisfield Jewelers/Sterling Jewelers Inc
Attention: Bankruptcy
PO Box 1799
Akron, OH 44309-1799

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

Westlake Financial
4751 Wilshire Blvd #100
Los Angeles, CA 90010-3847

Wf Card/wb
PO Box 5445
Portland, OR 97228

Buddy D. Ford +
115 N. MacDill Avenue
Tampa, FL 33609-1521

United States Trustee - TPA7/13 7+
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Taji S. Foreman +
Kahane and Associates
8201 Peters Road, Suite 300
Plantation, FL 33324-3265

Gavin Stewart +
Buckley Madole, P.C.
P.O. Box 22408
Tampa, FL 33622-2408

Muhammad Esa Ahmed +
Gladstone Law Group PA
1499 West Palmetto Park Road
Suite 300
Boca Raton, FL 33486-3322

Kelly Remick +
Chapter 13 Standing Trustee
Post Office Box 6099
Sun City, FL 33571-6099

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit
PO Box 183593
Arlington, TX 76096

(d)Americredit
PO Box 183853
Arlington, TX 76096

Bk Of Amer
PO Box 982235
El Paso, TX 79998

Cap One
Attn: TSYS Debt Mgemt
PO Box 5155
Norcross, GA 30091

Citi
Attention: Bankruptcy
PO Box 20507
Kansas City, MO 64915

(d)Citi Cards
PO Box 6417
The Lakes, NV 88901-6417

Dell
PO Box 6403
Carol Stream, IL 60197-6403

(d)Dell Financial Services
12234 North Ih 35
Austin, TX 78753

Discover
PO Box 15251
Wilmington, DE 19886-5251

Jefferson Capital Systems
16 Mcleland Rd
Saint Cloud, MN 56303

Nationstar Mortgage LLC
Attn: Bankruptcy
350 Highland Dr
Lewisville, TX 75067

Wachovia Bank Na/ftu
PO Box 3117
Winston Salem, NC 27102

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

End of Label Matrix
Mailable recipients    107
Bypassed recipients      1
Total                  108